**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Daniel CARREON–ORTIZ,
Defendant–Appellant.**

No. 14–50532.

United States Court of Appeals,
Ninth Circuit.

Submitted May 13, 2015.*

Filed May 18, 2015.

Sabrina Laurence Feve, Assistant U.S., Bruce R. Castetter, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Kurt David Hermansen, Esquire, Law Office of Kurt David Hermansen, San Diego, CA, for Defendant–Appellant.

Before: LEAVY, CALLAHAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

Daniel Carreon–Ortiz appeals from the district court's judgment and challenges the 12–month sentence imposed following his guilty-plea conviction for being a removed alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Carreon–Ortiz contends that his sentence is substantively unreasonable because the district court (i) granted a two-level rather than a four-level fast-track departure, which resulted in an unwarranted sentencing disparity; and (ii) considered him to be a danger to the public despite his success in battling alcoholism. The district court did not abuse its discretion in imposing Carreon–Ortiz's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The sentence at the top of the Guidelines range is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Carreon–Ortiz's extensive immigration history and the need for deterrence. *See Gall,* 552 U.S. at 51, 128 S.Ct. 586.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.